OCTOBER TERM, 1902.        631

Fritsch Fdry. & Mach. Co. v. Goodwin Mfg. Co.

ARTHUR FRITSCH FOUNDRY & MACHINE COM-
PANY, Appellant, v. GOODWIN MANUFAC-
TURING COMPANY, Respondent.

### St. Louis Court of Appeals, December, 1902.

Rules of St. Louis Court of Appeals: NOTICE. The rules of the
St. Louis Court of Appeals require notice to be given to the adverse
party or his counsel of a notice of motion to affirm the judgment;
but such notice may be waived.

Appeal from St. Louis City Circuit Court.—*Hon.
Warwick Hough,* Judge.

APPEAL DISMISSED.

PER CURIAM.—Defendant has moved for an
affirmance of a judgment of the circuit court in the city
of St. Louis, on a certificate (pursuant to section 812,
R. S. 1899) showing that a judgment was rendered by
that court, February 11, 1902, for defendant in this
cause and that an appeal was granted to the St. Louis
Court of Appeals, March 21, 1902. No steps appear
to have been taken to prosecute the appeal.

The twenty-fourth rule of practice of this court
requires a written notice of such a motion as prelim-
inary to any action thereon by the court; but in this
instance counsel of record for appellant has appeared
at the bar, on the submission of the motion, and waived
other service thereof, and consented to the dismissal
of the appeal. The required notice may be so waived,
and accordingly the appeal is dismissed, at the cost of
the appellant, all the judges concurring.